IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:21-CR- 107

JAMARR SMITH, THOMAS IROKO AYODELE aka "ROKO," 18 U.S.C. § 371
and GILBERT MCTHUNEL 18 U.S.C. § 2114(a)
18 U.S.C. § 2

## INDICTMENT

The Grand Jury Charges that:

## COUNT ONE

On or about February 5, 2018, in the Northern District of Mississippi and elsewhere, the defendants, JAMARR SMITH, THOMAS IROKO AYODELE, and GILBERT MCTHUNEL, did knowingly and willfully conspire with each other and other persons, both known and unknown to the grand jury, to rob Sylvester Cobbs, a person having lawful charge, control, and custody of any mail matter, money, and other property of the United States, of such mail matter, money, and property, and in doing so, to put Sylvester Cobb's life in jeopardy by the use of a dangerous weapon, in violation of Title 18, United States Code, Section 2114(a).

**Manner and Means of the Conspiracy**

The Lake Cormorant Post Office is located in Lake Cormorant, Mississippi, in DeSoto County. The Lake Cormorant Post Office is open in the mornings, closing to the public at approximately noon. Sylvester Cobbs is a contract carrier for the U.S. Postal Service who would run a route in the afternoons collecting mail from U.S. Post Offices in and near Tunica and DeSoto Counties to take to Memphis for distribution through the U.S. Postal Service. One of the stops Cobbs would make in the late afternoons was at the Lake Cormorant Post Office, where he would use his key to enter the side or back door of the post office to collect the mail bags that were to be

delivered to the Memphis Distribution Center.

The bags of mail collected by Cobbs along his route included the registered mail bags. In addition to registered mail, the registered mail bags contain the cash receipts collected by the Postal Service from the sale of items such as postal money orders, stamps, etc. By the time Cobbs stops at Lake Cormorant, he has already collected the registered mail bags from three other post offices along his route.

It was part of the conspiracy that JAMARR SMITH, THOMAS IROKO AYODELE, and GILBERT MCTHUNEL did make plans to rob Sylvester Cobbs when he made his daily stop at the Lake Cormorant Post Office. JAMARR SMITH's girlfriend was, at the time, an employee of the U.S. Postal Service, working at the Robinsonville, Mississippi, Post Office, which was one of the stops along Cobbs' route. Accordingly, she would know of Cobbs' routine and she would also know that cash collected by the Postal Service was placed in the registered mail bags for delivery to the Memphis Distribution Center. SMITH, AYODELE, and MCTHUNEL made plans to ambush Cobbs when he made his daily stop at the Lake Cormorant Post Office, wherein one of the defendants, believed to be GILBERT MCTHUNEL, would use a pistol to rob Cobbs through means of force, violence, and intimidation, and take the registered mail bags from Cobbs' truck. Other defendants, believed to be THOMAS IROKO AYODELE and JAMARR SMITH, would drop MCTHUNEL off at the Lake Cormorant Post Office prior to the robbery and pick him up after the robbery, and would follow Cobbs along his route conducting surveillance of Cobbs before Cobbs arrived at the Lake Cormorant Post Office and conducting surveillance of the surrounding area during the robbery.

## Overt Acts

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following

overt acts, among others, were caused and committed on or about the dates alleged below in the Northern District of Mississippi and elsewhere, by at least one of the co-conspirators herein:

    a.    On or about February 5, 2018, one of the defendants, believed to be THOMAS IROKO AYODELE, driving a white GMC Yukon XL, dropped off GILBERT MCTHUNEL at or near the Lake Cormorant Post Office for the purpose of executing the plan set forth herein.

    b.    On or about February 5, 2018, one of the defendants, believed to be GILBERT MCTHUNEL, used a pistol to rob Sylvester Cobbs at gunpoint at the Lake Cormorant Post Office, taking three registered mail bags from the truck driven by Cobbs.

    c.    On or about February 5, 2018, one of the defendants, believed to be JAMARR SMITH, driving a red Hyundai Sonata, conducted surveillance in the area of the robbery.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

On or about February 5, 2018, in the Northern District of Mississippi and elsewhere, the defendants, JAMARR SMITH, THOMAS IROKO AYODELE, and GILBERT MCTHUNEL, aided and abetted by each other and by others known and unknown to the grand jury, did rob Sylvester Cobbs, a person having lawful charge, control, and custody of any mail matter, money, and other property of the United States, of such mail matter, money, and property, and in doing so, did put Sylvester Cobb's life in jeopardy by the use of a dangerous weapon, all in violation of Title 18, United States Code, Sections 2114(a) and 2.

                                                          A TRUE BILL

_____      */s/ Redacted signature*
**CLAY JOYNER**                                 **FOREPERSON**
**ACTING UNITED STATES ATTORNEY**