FILED
OCT 27 2021
DAVID CREWS, CLERK
BY _____

# CRIMINAL CASE COVER SHEET

**U.S. DISTRICT COURT**
Complete entire form

**Place of Offense:**

City **Lake Cormorant**

County **Desoto**

**Related Case Information:**

Superseding Indictment _____ Case Number _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R20/R40 from District of _____
Related Criminal Case Number _____

**Defendant Information:**

Juvenile: ☐ Yes ☑ No   If yes, Matter to be sealed: ☐ Yes ☐ No

Defendant Name **Thomas Iroko Ayodele**

Alias Name **"Roko"; Thomas Iroko; Iroko Ayodele; Iroko T. Ayodele**

Address **Batesville, MS**

DOB **1982**  SS# **\*\*\*-\*\*-1352**  Sex **M**  Race **B**  Nationality _____

Represented by: _____

Interpreter: ☐ Yes ☑ No   List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts **2**   ☐ Petty ☐ Misdemeanor ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 **18.371.F** | Conspiracy to defraud the US | 1 |
| Set 2 **18.2114.F** | Mail, money or other property of US | 2 |
| Set 3 | | |
| Set 4 | | |

**U.S. Attorney Information:** AUSA **Robert J. Mims**   Bar # **9913**

Date: **10-26-21**   Signature of AUSA _[signature]_

**District Court Case Number:**
(To be entered by Clerk)   **3:21 CR 107**