FILED

OCT 2 7 2021

DAVID CREWS, CLERK

BY

# CRIMINAL CASE COVER SHEET

## U.S. DISTRICT COURT
Complete entire form

**Place of Offense:**

City Lake Cormorant

County Desoto

**Related Case Information:**

Superseding Indictment _____ Case Number _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile:  ☐ Yes  ☑ No     If yes, Matter to be sealed:  ☐ Yes  ☐ No

Defendant Name Gilbert McThunel

Alias Name Gilbert McThunel, II

Address Batesville, MS

DOB __1985__ SS# ***-**-6449 Sex __M__ Race __B__ Nationality _____

Represented by: _____

Interpreter:  ☐ Yes  ☑ No     List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts _____2_____     ☐ Petty  ☐ Misdemeanor  ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18.371.F | Conspiracy to defraud the US | 1 |
| Set 2 18.2114.F | Mail, money or other property of US | 2 |
| Set 3 | | |
| Set 4 | | |

**U.S. Attorney Information:**  AUSA Robert J. Mims     Bar # __9913__

Date: 10-26-21     Signature of AUSA _____

**District Court Case Number:**
  (To be entered by Clerk)     3:21 CR 107