PS 8 (Rev. 8/14)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | | |
| vs. | ) ) ) ) | Docket No.: | 0537 3:21CR00107-001 |
| Jamarr Smith | ) ) | | |

### Petition on Action on Conditions of Pretrial Release

COMES NOW Jeremy Cook PRETRIAL SERVICES OFFICER OF THE COURT presenting an official report upon the conduct of defendant Jamarr Smith who was placed under pretrial release supervision by the Honorable David A. Sanders sitting in the court at Oxford, on the 3 day of November, 2021, under the following conditions:

Drug Treatment
No Illegal Use of Controlled Substances
No Excessive Alcohol Use
Substance Abuse Testing
Pretrial Services Supervision
Report Change of Address
Travel Restrictions
Obtain and Maintain Employment
Report Contact with Law Enforcement
Weapons Restriction

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant stated he has been experiencing mental health issues due to his child being abused while not in his care. He has requested mental health treatment to address these issues through counseling.

PRAYING THAT THE COURT WILL ORDER

The defendant shall participate in a program of mental health treatment.

PS 8 (Rev. 8/14)

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 15th day of Nov., 2021 and ordered filed and made a part of the records in the above case. | Executed On November 12, 2021 |
| *signature* Roy Percy U.S. Magistrate Judge | *signature* Jeremy Cook U.S. Probation Officer Place: Oxford, Mississippi |
| | *signature* Reviewed Valarie F. Peters Supervisory U.S. Probation Officer |

cc: AUSA Robert H. Norman
    AUSA Robert J. Mims