AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Northern District of Mississippi

RECEIVED
NOV 0 5 2021
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

U.S. MARSHALS
NORTHERN DISTRICT OF
MISSISSIPPI
2021 OCT 28 AM 10: 46
RECEIVED

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  3:21CR107 |
| | ) | |
| JAMARR SMITH | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JAMARR SMITH                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO DEFRAUD U.S.

Date:      10/27/2021                                              _____
                                                                          Deputy Clerk
                                                                      *Issuing officer's signature*

City and state:    Oxford, Mississippi                            _____
                                                                      David Crews, Clerk
                                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  10/28/2021 , and the person was arrested on *(date)*  11/3/2021 at *(city and state)*  Batesville, Mississippi. |

Date: 11/3/2021                                              _____
                                                                      *Arresting officer's signature*

                                                                      Richard Upchurch, SDUSM
                                                                      *Printed name and title*