IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                              NO.: 3:21-CR-107-NBB-RP

JAMARR SMITH, et al.

## NOTICE OF ALIBI DEFENSE

COMES NOW, Jamarr Smith, and provides this Notice of Alibi Defense pursuant to Fed.

R. Crim. P. 12.1, and would state unto the court as follows:

I.

**Each specific place where the defendant claims to have been at the time of the alleged offense:**

Home of Jackie Smith, and/or

Batesville Police Department, 106 College Street, Batesville, MS 38606

II.

**Name, address and telephone number of each alibi witness on whom the defendant intends to rely:**

Jackie Smith
c/o 17th Circuit Court District Attorney's Office
101 Eureka Street
Batesville, MS 38606
662-563-6636

DATED: January 20, 2022.

RESPECTFULLY SUBMITTED,

JAMARR SMITH

HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000 telephone
(662) 234-2000 facsimile
glewis@hickmanlaw.com


BY:  */s/ Goodloe T. Lewis*
     GOODLOE T. LEWIS, MSB # 9889

## <u>CERTIFICATE OF SERVICE</u>

I, GOODLOE T. LEWIS, attorney for JAMARR SMITH, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record, including:

Robert Mims
Office of the US Attorney
900 Jefferson Avenue
Oxford, MS  38655
rmims@usadoj.gov

DATED: January 20, 2022.


*/s/ Goodloe T. Lewis*
GOODLOE T. LEWIS


GOODLOE T. LEWIS, MSB # 9889
HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668