AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Mississippi

| United State of American | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:21-CR-107-NBB-RP |
| Jamarr Smith, et al. | ) | |
| | ) | |
| *Defendant* | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**
**OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Google
c/o Corporation Service Company, 109 Executive Drive; Ste. 3, Madison, MS 39110

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Exhibit "A," attached hereto.

| Place: Hickman, Goza & Spragins, PLLC<br>P.O. Box 668, Oxford, MS 38655; 662-234-4000 | Date and Time:<br>05/11/2022 12:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/27/2022

CLERK OF COURT                                                     OR

_____                        _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Jamarr Smith
_____, who issues or requests this subpoena, are:

Goodloe T. Lewis, P.O. Box 668, Oxford, MS 38655; glewis@hickmanlaw.com; 662-234-4000

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Exhibit "A"**

## EXHIBIT "A"

All records indicating when and how Jamarr Smith enabled the "Location History" setting, including:

    a.    Subscriber registration records for Jamar Smith's account: Google account number: ▮▮▮▮▮▮▮/ phone number: ▮▮▮▮▮▮;

    b.    Audit logs for Jamarr Smith's account, including the "Google Account Change History;"

    c.    Any records indicating the specific interface used to enable Location History on Jamarr Smith's account (i.e., whether it was a device-based consent flow versus a browser-based consent flow and the particular application or setup/setting opt-in screen); and

    d.    All written documentation describing the supported Location History consent flow(s), if any, in effect on the date on which Location History was enabled on Jamarr Smith's account.