1IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE CONTINUING HEARING

UNITED STATES OF AMERICA

vs.                                                          CASE NO. 3:21cr107 -NBB

JAMARR SMITH

      **TAKE NOTICE** that the Motion Hearing set for Monday, May 9, 2022 at 1:15 p.m. is cancelled and continued until further notice.

                                                         DAVID CREWS, Clerk of Court

                                                         /s/ Karen Tidwell
                                                         (By) Karen Tidwell, Courtroom Deputy

Date: May 5, 2022

To: Goodloe Tankersley Lewis (electronic notice only)
      Robert J. Mims (electronic notice only)

**CONTACT KAREN TIDWELL AT (662)281-3002 OR (662)234-3401
IF YOU HAVE ANY QUESTIONS**