## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CAUSE NO. 3:21CR107**

**THOMAS IROKO AYODELE aka "ROKO"**

---

### THOMAS IROKO AYODELE A/K/A "ROKO"'S JOINDER
### IN MOTION FOR CONTINUANCE BY JAMARR SMITH

---

**COMES NOW**, the Defendant, **Thomas Iroko Ayodele a/k/a "Roko"**, by and through the undersigned counsel, William F. Travis, and files this Joinder in Motion for Continuance, and in support of said motion, would state unto the Court as follows:

**I.**

Defendant, Thomas Iroko Ayodele a/k/a "Roko", hereby joins in and adopts the Motion for Continuance [78] filed by Jamarr Smith.

WHEREFORE, PREMISES CONSIDERED, the defendant, Thomas Iroko Ayodele a/k/a "Roko", respectfully requests that the Court grant the motion [78] filed by Jamarr Smith.

**RESPECTUFLLY SUBMITTED,** this the 10th day of May, 2022.

**THOMAS IROKO AYODELE, Defendant**

BY: **/s/ William F. Travis**
    **William F. Travis, MSB 8267**
    **8619 Highway 51 N.**
    **Southaven, MS 38671**
    **(662)393-9295**
    **(662)393-9414 fax**
    **bill@southavenlaw.com**

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing Joinder has this day been electronically mailed to:

Honorable Robert Mims
robert.mims@usdoj.gov

Hon. Goodloe T. Lewis
glewis@hickmanlaw.com

Hon. Paul Chiniche
pc@chinichelawfirm.com

**THIS**, the 10th day of November, 2022.

                                                /s/ William F. Travis_____
                                                William F. Travis, Certifying Attorney