IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                         Criminal Case No: 3:21-CR-107

GILBERT MCTHUNEL II, et al.

**DEFENDANT GILBERT MCTHUNEL II'S JOINDER TO MOTION FOR CONTINUANCE [DOC.78]**

COMES NOW, the Defendant, GILBERT MCTHUNEL II ("Mr. McThunel"), by and through counsel, and files this his Joinder to the Motion For Continuance [**Doc.78**] filed by Jamarr Smith.

1.    Mr. McThunel hereby joins in the Motion For Continuance filed by Jamarr Smith as well as the relief requested therein.

WHEREFORE PREMISES CONSIDERED, the Defendant, Gilbert McThunel, II, respectfully requests that the Court the pending motion for continuance of the trial and grant the relief requested therein.

RESPECTFULLY SUBMITTED, on this the 10th day of November, 2022.

GILBERT MCTHUNEL, II,
Defendant

BY:    */s/ Paul Chiniche*
Paul Chiniche (MSB#101582)
CHINICHE LAW FIRM, PLLC.
Post Office Box 1202
Oxford, Mississippi 38655
Tel: 662-234-4319
Email: pc@chinichelawfirm.com

<u>CERTIFICATE OF SERVICE</u>

  I, PAUL CHINICHE, attorney for the Defendant, GILBERT MCTHUNEL, II, in the above and foregoing action, do hereby certify that I have electronically filed the above and foregoing with the Clerk of the United States District Court using the ECF system which sent notification of such filing to the following:

Robert Mims, AUSA
Email: robert.mims@usdoj.gov

Goodloe Lewis, Esq.
Email: glewis@hickmanlaw.com
(Counsel for Defendant Jamarr Smith)

William F. Travis, Esq.
Email: bill@southavenlaw.com
(Counsel for Defendant Thomas Iroko Ayodele)

SO CERTIFIED this the 10th day of November, 2022

            <u>/s/ Paul Chiniche</u>
            PAUL CHINICHE