IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                                       CASE NO. 3:21CR107-SA

JAMARR SMITH,                                                                         DEFENDANTS
THOMAS IROKO AYODELE, a/k/a "Roko",
and GILBERT MCTHUNEL, II, a/k/a GILBERT MCTHUNEL

<u>ORDER GRANTING CONTINUANCE</u>

This cause comes before the Court on Defendant Jamarr Smith's Motion [78], and the Joinders of Defendants Thomas Iroko Ayodele, a/k/a "Roko" [81] and Gilbert McThunel II, a/k/a Gilbert McThunel [82], as well as the Government's Response [80] seeking continuance of the trial in this matter currently set for December 5, 2022. Grounds for the continuance of this trial are based on the facts articulated in the Defendant's motion. The Government does not oppose the motion.

It appears to the Court that the motion for continuance is well taken and that the same should be granted. It further appears to the Court, and the Court so finds, that the ends of justice will be served by granting the subject continuance, and that such action outweighs the best interest of the public and the Defendants in a speedy trial.

THEREFORE, it is hereby **ORDERED**, that the pending Motion to Continue Trial [78] is **GRANTED** and that the trial of this matter is **CONTINUED**, as to Defendants Jamarr Smith, Thomas Iroko Ayodele, a/k/a "Roko", and Gilbert McThunel, II, a/k/a Gilbert McThunel, from December 5, 2022, until February 21, 2023, in Oxford, Mississippi at 9:40 a.m. The plea agreement deadline is reset for February 7, 2023. The pre-trial motion deadline is reset for January 31, 2023. It is further **ORDERED** that the delay from this date until commencement of the trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), as to the Defendant.

SO ORDERED this 10th day of November, 2022.

                                                                          /s/ Sharion Aycock
                                                                          U. S. DISTRICT COURT JUDGE