# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**v.**                         **CRIMINAL NO. 3:21cr107**

**JAMARR SMITH, ET AL.**

## NOTICE OF CONVENTIONAL FILING

Exhibit "A", a video from the security camera from the scene of the robbery, cannot be filed electronically. This is an Exhibit to the Government's Response to Motion to Suppress, and has been manually served on all parties.

This submitted the 15th day of November, 2022.

                                               Respectfully submitted,

                                               CLAY JOYNER
                                               United States Attorney


                                               */s/ Robert J. Mims*
                                               Robert J. Mims
                                               Assistant United States Attorney
                                               Mississippi Bar No. 9913

<u>CERTIFICATE OF SERVICE</u>

  I, Robert J. Mims, certify that I electronically filed the foregoing **Notice of Conventional Filing** with the Clerk of the Court using the ECF system which sent notification of such filing to the attorneys of record in this matter.

  This the 15th day of November, 2022.

            */s/ Robert J. Mims*
            ROBERT J. MIMS
            Assistant United States Attorney