IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                    NO.: 3:21-CR-107-NBB-RP

JAMARR SMITH, et al.

## MOTION FOR  EXTENSION OF TIME TO FILE REPLY BRIEF

COMES NOW, the Defendant, Jamarr Smith (hereinafter "Smith"), by and through the undersigned counsel, and files this, Motion for Extension of Time to File Reply Brief, and would state unto the Court as follows:

I.

The defendants herein filed a Motion to Suppress [74] with accompanying memorandum [75] on November 4, 2022.  The government timely filed its response [87] on November 15, 2022. The defendants' reply is due November 20, 2022 (which is a Sunday, so the response is technically due November 21, 2022).

II.

Due to the complexity of the issues in this case (principal briefing in this case by both parties is almost 60 pages (not counting exhibits)), as well as the upcoming Thanksgiving holiday, five days is insufficient for the defendants to file a proper and sufficient reply.

III.

The hearing on the Motion to Suppress is not scheduled until January 17, 2023.

IV.

The defendants respectfully request an extension of time until December 9, 2022 to file their reply brief.

V.

The government has no objection to this extension.

WHEREFORE, PREMISES CONSIDERED, Jamarr Smith respectfully requests an extension of time until December 9, 2022 to file a reply brief in support of his Motion to Suppress.

DATED: November 17, 2022.

RESPECTFULLY SUBMITTED,

JAMARR SMITH

HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668
(662) 234-4000 telephone
(662) 234-2000 facsimile
glewis@hickmanlaw.com

BY: _/s/ Goodloe T. Lewis_
GOODLOE T. LEWIS, MSB # 9889

2

## **CERTIFICATE OF SERVICE**

I, GOODLOE T. LEWIS, attorney for JAMARR SMITH, do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record, including:

Robert Mims
Office of the US Attorney
900 Jefferson Avenue
Oxford, MS  38655
rmims@usadoj.gov


DATED: November 17, 2022.

/s/ Goodloe T. Lewis
GOODLOE T. LEWIS


GOODLOE T. LEWIS, MSB # 9889
HICKMAN, GOZA & SPRAGINS, PLLC
Attorneys at Law
Post Office Drawer 668
Oxford, MS 38655-0668