# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

UNITED STATES OF AMERICA

VS.                                                                CAUSE NO. 3:21CR107

THOMAS IROKO AYODELE aka "ROKO"

---

### THOMAS IROKO AYODELE A/K/A "ROKO"'S JOINDER TO REBUTTAL MEMORANDUM OF AUTHORITIES IN SUPPORT OF MOTION TO SUPPRESS [DOC.91]

---

**COMES NOW**, the Defendant, **Thomas Iroko Ayodele a/k/a "Roko"**, by and through the undersigned counsel, William F. Travis, and files this his Joinder to the Rebuttal memorandum of Authorities In Support of Motion to Suppress [Doc.91] filed by Jamarr Smith, and in support of said motion, would state unto the Court as follows:

### I.

Defendant, Thomas Iroko Ayodele a/k/a "Roko", hereby joins in and adopts the Rebuttal Memorandum of Authorities In Support of Motion to suppress [Doc.91] filed by Defendant Jamarr Smith.

WHEREFORE, PREMISES CONSIDERED, the defendant, Thomas Iroko Ayodele a/k/a "Roko", respectfully requests that the Court grant the motion and memorandum filed by Jamarr Smith.

**RESPECTUFLLY SUBMITTED,** this the 5<u>th</u> day of <u>January</u>, 2022.

        **THOMAS IROKO AYODELE, Defendant**

        BY: <u>/s/ William F. Travis</u>
            William F. Travis, MSB 8267
            8619 Highway 51 N.
            Southaven, MS 38671
            (662)393-9295
            (662)393-9414 fax
            bill@southavenlaw.com

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing Joinder has this day been electronically mailed to all parties of record.

    **THIS**, the 5<u>th</u> day of <u>January</u>, 2022.

        <u>/s/ William F. Travis</u>
        William F. Travis, Certifying Attorney