UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| **Case No.** | 3:21-CR-107-SA | **Place Held:** Oxford, Mississippi |

**Style:** USA v. JAMARR SMITH; THOMAS IROKO AYODELE, a/k/a "Roko"; AND GILBERT MCTHUNEL, II, a/k/a Gilbert McThunel

**Date & Time Began:** 1/31/2023, 10:06 A.M.
**Date & Time Ended:** 1/31/2023, 5:20 P.M.

**Total Time:** 5 hours 31 minutes

**PRESENT:**

**HONORABLE SHARION AYCOCK, JUDGE**

| | |
|---|---|
| Tracy Wright (in person) | Phyllis McLarty (in person) |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **Attorney for Government:** | **Attorney(s) for Defendant:** |
| Robert J. Mims (in person) | Goodloe Tankersley Lewis (in person) |
| Clyde McGee (in person) | William F. Travis (in person) |
| | Paul A. Chiniche (in person) |

**PROCEEDINGS:** Hearing on Motion to Suppress [74].

**DOCKET ENTRY:** Hearing held. Witnesses testified. Exhibits introduced. Order to follow.

**DAVID CREWS, CLERK**

By: _____/s/ Tracy Wright_____
Courtroom Deputy