**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**


**UNITED STATES OF AMERICA**

**v.**                                              **CRIMINAL NO.   3:21cr107**

**JAMARR SMITH, ET AL**

<u>**NOTICE OF APPEARANCE**</u>

  Notice is hereby given that Assistant United States Attorney Clyde McGee will serve as

counsel for the United States in the above-referenced case.

  This submitted the 31st day of January, 2023.

       Respectfully submitted,

       CLAY JOYNER
       United States Attorney
       Mississippi Bar No. 10316

       ___*/s/ Clyde McGee*_____
       CLYDE MCGEE
       Assistant United States Attorney
       Mississippi Bar No.102229

## CERTIFICATE OF SERVICE

I, Clyde McGee certify that I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court using the ECF system which sent notification of such filing to the attorneys of record in this matter.

This the 21st day of January, 2023.

_/s/ Clyde McGee_____
Assistant United States Attorney