**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

UNITED STATES OF AMERICA

VS.                                CAUSE NO. 3:21CR107

THOMAS IROKO AYODELE aka "ROKO"

---

**DEFENDANTTHOMAS IROKO AYODELE A/K/A "ROKO"'S JOINDER
IN MOTION IN LIMINE AS TO EXPERT TESTIMONY BY
NON-DESIGNATED EXPERTS [DOC. 106]**

---

**COMES NOW**, the Defendant, **Thomas Iroko Ayodele a/k/a "Roko"**, by and through the undersigned counsel, William F. Travis, and files this Joinder to the *Motion in Limine As To Expert Testimony by Non-Designated Experts* **[Doc. 106]** filed by Jamarr Smith.

1. Defendant, Thomas Iroko Ayodele a/k/a "Roko", moves the Court for the same relief sought and respectfully requests to participate in any hearing on said motion made by Co-Defendant Jamarr Smith.

WHEREFORE, PREMISES CONSIDERED, the defendant, Thomas Iroko Ayodele a/k/a "Roko", respectfully requests that the Court upon consideration of this joinder will grant the relief requested.

**RESPECTUFLLY SUBMITTED,** this the 16th day of February, 2023.

                                       THOMAS IROKO AYODELE, Defendant

                                       BY: */s/ William F. Travis*_____
                                                   William F. Travis, MSB 8267
                                                   8619 Highway 51 N.
                                                   Southaven, MS 38671
                                                   (662)393-9295
                                                   (662)393-9414 fax
                                                   bill@southavenlaw.com

**CERTIFICATE OF SERVICE**

    I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing Joinder to the *Motion in Limine As To Expert Testimony by Non-Designated Experts* has this day been electronically mailed to:

Honorable Robert Mims
robert.mims@usdoj.gov

Hon. Goodloe T. Lewis
glewis@hickmanlaw.com

Hon. Paul Chiniche
pc@chinichelawfirm.com

**THIS**, the 16th day of February, 2023.

                                                            */s/ William F. Travis*
                                                            William F. Travis, Certifying Attorney