UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

### NOTICE OF HEARING

UNITED STATES OF AMERICA

v.                                                          CASE NUMBER: 3:21-CR-107-SA

JAMARR SMITH,                                                          DEFENDANTS
THOMAS IROKO AYODELE, a/k/a "ROKO", and
GILBERT MCTHUNEL, II, a/k/a Gilbert McThunel

---

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time
set forth below:

---

| | |
|---|---|
| **Place** | **Room No.** |
| **UNITED STATES DISTRICT COURT** | **COURTROOM 1 – FIRST FLOOR** |
| **911 JACKSON AVENUE EAST** | |
| **OXFORD, MISSISSIPPI** | **Date and Time** |
| | **TUESDAY, JUNE 13, 2023 – 1:30 P.M.** |

---

**Type of Proceeding**

**HEARING ON DEFENDANT JAMARR SMITH'S AND GILBERT MCTHUNEL, II'S OBJECTION TO THE
PRESENTENCE INVESTIGATION REPORT [151, 152] AND JOINDER OF DEFENDANT THOMAS
IROKO AYODELE TO THE OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT [153].**

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S)
AS TO COURT APPEARANCES.**

---

DAVID CREWS, Clerk of Court

BY:     /s/          Tracy Wright
              Courtroom Deputy

Date:  May 31, 2023

To:  Goodloe Tankersley Lewis (electronic notice only)     William F. Travis (electronic notice only)
      Paul A. Chiniche (electronic notice only)              Robert J. Mims (electronic notice only)
      Clyde McGee IV (electronic notice only)                U.S. Marshal (electronic notice only)
      U.S. Probation Service (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 or judge_aycock@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**.