# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CASE NO. 3:21-CR-107-SA

JAMARR SMITH;  DEFENDANTS
THOMAS IROKO AYODELE, a/k/a "Roko"
GILBERT MCTHUNEL, II, a/k/a Gilbert McThunel

## EXHIBIT LIST

Hearing as to Defendant Jamarr Smith's and Gilbert McThunel, II's Objection to the Presentence Investigation Report [151, 152] and Joinder of Defendant Thomas Iroko Ayodele to the Objection to the Presentence Investigation Report [153]

| Presiding Judge: Sharion Aycock | Attorney for Government: Robert J. Mims | Attorney for Defendant: Goodloe Tankersley Lewis / William F. Travis / Paul A. Chiniche |
|---|---|---|
| Hearing: 6/13/2023 | Court Reporter: Phyllis McLarty | Courtroom Deputy: Tracy Wright |

| Gov. | Def. | Date Offered | m | a | Description of Exhibits |
|---|---|---|---|---|---|
|  | D-1 | 6/13/2023 | X | X | Transcript of Testimony of Sylvester Cobbs Excerpt from Jury Trial |