UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| **Case No.:** | 3:21-cr-107-SA-1 | **Place Held:** | Oxford, Mississippi |
| **Style:** | USA v. JAMARR SMITH | | |
| **Date & Time Began:** | 06/13/2023, 2:02 P.M. | | |
| **Date & Time Ended:** | 06/13/2023, 2:42 P.M. | | |
| | **Total Time:** | 40 minutes | |

**PRESENT:**

**HONORABLE SHARION AYCOCK, JUDGE**

| | |
|---|---|
| Tracy Wright | Phyllis McLarty |
| **Courtroom Deputy** | **Court Reporter** |
| **Attorney for Government:** | **Attorney for Defendant:** |
| Robert J. Mims | Goodloe Tankersley Lewis |

**Probation Officer:**
Andrew Fountain

**PROCEEDINGS:**   Sentencing Hearing

**DOCKET ENTRY:** Sentencing held as to JAMARR SMITH on Counts 1 and 2 of the Indictment. Witness testified. Defendant remanded to the custody of the U.S. Marshal. Final Judgment to follow.

**DAVID CREWS, CLERK**

By:   /s/ Tracy Wright
        Courtroom Deputy