

U. S. Department of Justice

**FEDERAL BUREAU OF PRISONS**

Federal Correctional Complex
P. O. Box 5666
Yazoo City, Mississippi 39194

August 31, 2023

MEMORANDUM FOR SMITH, JAMARR
REG. NO. 72800-509

FROM: D. Kolbert, Complex Warden

SUBJECT: Compassionate Release Denial

This is in response to a request dated August 10, 2023. Specifically, you submitted a request for Compassionate Release pursuant to the First Step Act. Additionally, you state "I am requesting please sir for you to file a compassionate release due to me being my Father's care-giver. My Father, Cedric Albritton had brain surgery before my incarceration and lost his memory. He has had a piece of his skull removed. He suffered a stroke and anurism Feb. of last year."

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the Bureau of Prisons (BOP), to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner.

The health of your father does not meet the criteria to grant you Compassionate Release under any of these types of circumstances. After careful consideration, your request is denied.

In compliance with the Bureau of Prisons' Program Statement 5050.50, if you are not satisfied with this response to your request, you may commence an appeal of this decision via the Administrative Remedy Process by submitting your concerns on the appropriate form (BP-9) within 20 days of receipt of this response.

Exhibit "B"

TRULINCS 72800509 - SMITH, JAMARR - Unit: YAP-N-B

---

FROM: 72800509
TO: Warden PEN
SUBJECT: ***Request to Staff*** SMITH, JAMARR, Reg# 72800509, YAP-N-B
DATE: 08/09/2023 07:55:27 PM

To: Warden Colbert
Inmate Work Assignment: Unassigned

Warden Colbert;

My name is Jamarr Smith. My inmate # is 72800509. Im in a desperate need of your compassion for my Father and family. I am requesting please sir for you to file a compassionate release due to me being my Father's care-giver. My Father, Cedric Albritton had brain surgery before my incarceration and lost his memory. He has had a piece of his skull removed. He suffered a stroke and anurism Feb. of last year. All of this can be verified in my presentence report and other court documents. If you find compassion for me and my situation Warden Colbert Im asking would you please file the compassionate release pursuant to the First Step Act. Thank you sir for your time.