




**Ms. Cleophia Smith Blackburn**

Sunrise: April 15, 1935
Sunset: February 29, 2024

Service: Wed. March 6, 2024
Cooley's Mortuary Chapel @ 11:00 A.M
Min: Mary Blackburn Dandridge - Officiating
Burial: Antioch Cemetery
Visitation: Tue. March 5, 2024
1:00 P.M. Until 5:00 P.M.



Cooley's Mortuary
1h

♥ 1

👍 Like     💬 Comment     ↗ Share


Write a comment...



EXHIBIT A